8cW a Ybh ̧ , - , ]̇g ̇; F5BH98"  

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:11-cr-00012-18 |
| | ) | SENIOR JUDGE WISEMAN |
| DONTRELL PITTMAN | ) | |

**DEFENDANT DONTRELL PITTMAN'S MOTION FOR LEAVE TO JOIN AND ADOPT PRETRIAL PLEADINGS**

The Defendant, Dontrell Pittman, respectfully moves the Court for an Order granting leave to join and adopt the following pretrial pleadings together with the exhibits and filings appended thereto filed by the Defendants:

1. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wire Tap (TT3) (DE774).

2. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wire Tap (TT1 - Renewal) (DE Entry 800).

3. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wire Tap (TT2-Renewal) (DE822).

4. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wire Tap (TT5, TT6) (Docket Entry 828).

5. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wire Tap (TT2, TT3, TT4 - Renewals) (DE833).

6. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wire Tap (TT4) (DE835).

7. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wire Tap (TT7, TT8, TT5 - Renewal) (DE875).

Defendant Pittman is similarly situated to the Co-Defendants in the above described pleadings.

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Defendant Pittman
Price, Hill & Kolarich
Suite 1800, 201 4th Avenue North
Nashville, TN 37219
(615) 244-5772